# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | AMENDED<br>**JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987) |
| V. | |
| Camron Steven Pope | Case Number: DNCW503CR00012-006<br>USM Number: 19292-058<br><br>Douglas Edwards Roberts<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ Admitted guilt to violation of condition(s) 1, 2, 3 & 4 of the term of supervision.
☐ Was found in violation of condition(s) count(s) after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | New law violation - Felony sell marijuana and possession with intent to sell and deliver marijuana | 1/25/11 |
| 2 | Drug/alcohol use | 7/31/12 |
| 3 | Unauthorized travel | 5/27/12 |
| 4 | Drug/alcohol use | 7/31/12 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐ The Defendant has not violated condition(s) and is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 2/6/2013

*/s/ Richard L. Voorhees*

Richard L. Voorhees
United States District Judge

Date: February 14, 2013

**Amended to show admitted guilt to violation of conditions 1, 2, 3 and 4 of the term of supervision.**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>EIGHTEEN (18) MONTHS.</u>

**NO SUPERVISED RELEASE TERM TO FOLLOW TERM OF IMPRISONMENT**.

☐  The Court makes the following recommendations to the Bureau of Prisons:

☐  The Defendant is remanded to the custody of the United States Marshal.

☐  The Defendant shall surrender to the United States Marshal for this District:

　　☐  As notified by the United States Marshal.
　　☐  At <u>Time am/pm</u> on <u>Surrender Date</u> .

☒  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☒  As notified by the United States Marshal.
　　☐  Before 2 p.m. on <u>Surrender date</u> .
　　☐  As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.

_____
United States Marshal

　　　　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Marshal